**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                               Case No. 09-cr-14-01-PB

<u>Richard Kerr</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing new counsel and the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to May 5, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 25, 2009 final pretrial conference is continued to April 21, 2009 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 23, 2009

cc:  Maryellen Biltech, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal